IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Chrystalyn House,<br><br>        Petitioner,<br><br>v.<br><br>Unknown Party,<br><br>        Respondent. | No. CV-21-00832-PHX-ROS<br><br>**ORDER** |

Magistrate Judge Deborah M. Fine issued a Report and Recommendation recommending the Petition for Writ of Habeas Corpus be dismissed without prejudice and this case closed. (Doc. 18). Petitioner did not file any objections. Therefore, the recommendation will be adopted in full.

Accordingly,

**IT IS ORDERED** the Report and Recommendation (Doc. 18) is **ADOPTED IN FULL**. The Petition for Writ of Habeas Corpus (Doc. 1) is **DISMISSED WITHOUT PREJUDICE**. The Clerk of Court shall close this case.

Dated this 4th day of March, 2022.

Honorable Roslyn O. Silver
Senior United States District Judge